UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>            Plaintiff,<br><br>     v.<br><br>REYNALDO JASSO, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01401-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 11, 12) |

Plaintiff Isaiah J. Petillo is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 30, 2021, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on February 24, 2022, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for seventy days. (ECF No. 11.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On December 23, 2021, Defendants filed a notice to opt out and vacate the settlement conference. Defendants believe that a conference would be a waste of resources given the discovery obtained and  investigation into the claims and defenses. (ECF No. 12.)

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for February 24, 2022, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:  **January 3, 2022**

UNITED STATES MAGISTRATE JUDGE