UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO JASSO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE AN EXHAUSTION MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 19) |

　　　Plaintiff Isaiah J. Petillo is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Defendants' motion for an extension of time to file an exhaustion motion for summary judgment, filed March 30, 2022.

　　　Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to **June 30, 2022**. All other provisions of the Court's January 3, 2022 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **March 31, 2022**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1