UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>REYNALDO JASSO, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NO OPPOSITION WITHIN FIVE DAYS<br><br>(ECF No. 17) |

Plaintiff Isaiah J. Petillo is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 23, 2022, Plaintiff filed a motion to compel discovery. (ECF No. 17.)

Local Rule 230(l) requires opposition to any motion in prisoner actions to be filed "not more than twenty-one (21) days after the date of service of the motion." Local Rule 230(l). The rule also provides that failure to file an opposition or a statement of non-opposition to a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Id.

///
///
///
///

1

Defendants did not timely file either an opposition or a statement of no opposition to Plaintiff's motion to compel.  Accordingly, it is HEREBY ORDERED that within **five (5) days** from the date of service of this order, Defendants shall file an opposition or statement of no opposition to Plaintiff's motion to compel.  The failure to comply with this order may result in the imposition of appropriate sanctions.

IT IS SO ORDERED.

Dated:   **April 14, 2022**

UNITED STATES MAGISTRATE JUDGE