UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO JASSO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 27) |

Plaintiff Isaiah J. Petillo is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the scheduling order, filed June 13, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion based motion for summary judgment is extended to August 29, 2022.

IT IS SO ORDERED.

Dated:   **June 14, 2022**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1