|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>REYNALDO JASSO, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SERVE A COPY OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS<br><br>(ECF No. 41) |

Plaintiff Isaiah J. Petillo is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting the Court to serve a copy of his motion for summary judgment which was filed on November 10, 2022. Plaintiff's request shall be denied.

As stated in the Court's September 20, 2021 first informational order, "[o]nce an attorney for a defendant appears in a pro se plaintiff's civil rights action (by filing an answer, a motion to dismiss, a motion for summary judgment, etc.), that attorney's office will receive notice of all filings through the Court's electronic filing system (ECM/ECF). A pro se plaintiff need not serve documents on counsel for a defendant; the date of the electronic Notice from ECM/ECF is the date of service. Local Rule 135(a)."  Indeed, a review of the Court's record reflects that Defendants filed an opposition to Plaintiff's motion for summary judgment on November 28,

///

2022. (ECF No. 39.) Accordingly, Plaintiff's motion for the Court to serve his motion for summary judgment on Defendants is denied as unnecessary.

IT IS SO ORDERED.

Dated: **December 2, 2022**

UNITED STATES MAGISTRATE JUDGE