1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8

9

10  ISAIAH J. PETILLO,                          Case No. 1:21-cv-01401-JLT-SAB (PC)

11          Plaintiff,                          ORDER DENYING DEFENDANTS'
                                                REQUEST FOR TWO-DAY EXTENSION
12      v.                                      OF TIME TO FILE A REPLY AS
                                                UNNECESSARY
13  REYNALDO JASSO, et al.,
                                                (ECF No. 43)
14          Defendants.

15

16          Plaintiff Isaiah J. Petillo is proceeding pro se in this civil rights action filed pursuant to 42

17  U.S.C. § 1983.

18          On November 14, 2022, Defendant Ochoa filed a motion for summary judgment.  (ECF No.

19  36.) Due to a defect in the Rand notice served on Plaintiff, Defendant re-filed the motion on

20  November 17, 2022. (ECF No. 38.)   On December 1, 2022, Plaintiff filed an opposition.  (ECF

21  No. 40.)

22          On December 14, 2022, Defendants filed a reply to Plaintiff's opposition, along with a

23  separate request for a two-day extension of time nunc pro tunc.  (ECF No. 43.)  On January 3,

24  2023, Plaintiff filed an opposition to Defendants' request for a two-day extension of time.  (ECF

25  No. 44.)  Defendants submit that the reply to Plaintiff's opposition was due no more than 10 days

26  after the opposition was filed pursuant to Local Rule 230(d).  However, because this action was

27  filed by a prisoner it is proceeding under Local Rule 230(l), and a reply is due no more than 14

28  days after the opposition is filed, i.e. December 15, 2022 (14 days after December 1, 2022).

1  (ECF No. 3 at 5:7-8.)  Accordingly, Defendants' reply was timely filed on December 14, 2022,

2  and no request for extension of time is necessary.

3

4  IT IS SO ORDERED.

5  Dated:   **January 5, 2023**

UNITED STATES MAGISTRATE JUDGE