# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>REYNALDO JASSO, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-1401 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>(Doc. 35, 36, 38, 47) |

    Isaiah J. Petillo seeks to hold the defendants liable for excessive force in violation of the Eighth Amendment pursuant to 42 U.S.C. § 1983. On January 24, 2023, the assigned magistrate judge found "a substantial portion of the factual circumstances surrounding the … use of force are dispute." (Doc. 47 at 9; *see also id.* at 10-12.) In addition, the magistrate judge found the defendants were not entitled to qualified immunity. (*Id.* at 13-15.) Therefore, the magistrate judge recommended the parties' cross-motions for summary judgment be denied. (*Id.* at 15.)

    The Findings and Recommendations were served on the parties on January 24, 2023, and contained notice that objections were due within 21 days. (Doc. 47 at 15.) In addition, the parties were informed "failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.* at 16, *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). No objections have been filed by either party, and the time to do so has passed.

1

Pursuant to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated January 24, 2023 (Doc. 47) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment (Doc. 35) is **DENIED**.
3. Defendant Ochoa's motion for summary judgment (Docs. 36, 38) is **DENIED**.
4. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 24, 2023**

UNITED STATES DISTRICT JUDGE