UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>            Plaintiff,<br><br>v.<br><br>REYNALDO JASSO, et al.,<br><br>           Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE (VIA ZOOM) **INMATE ISAIAH J. PETILLO**, CDCR # T-44601<br><br>DATE: April 25, 2023<br>TIME:  9:30 a.m. |

      **Inmate Isaiah J. Petillo, CDCR # T-44601**, a necessary and material witness on his behalf in a settlement conference on April 25, 2023, at 9:30 a.m., is confined at California State Prison, Los Angeles County, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Kendall J. Newman on April 25, 2023 at 9:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of California State Prison, Los Angeles County:**

      **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **March 27, 2023**

                                          UNITED STATES MAGISTRATE JUDGE

