UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>         Plaintiff,<br><br>    v.<br><br>REYNALDO JASSO, et al.,<br><br>         Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A STATUS REPORT ON OR BEFORE SEPTEMBER 1, 2023<br><br>(ECF No. 78) |

Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 3, 2023, at 8:30 a.m. before Magistrate Judge Stanley A. Boone.

On August 23, 2023, Defendants filed a notice informing the Court that Plaintiff is currently "out to court" and in the custody of the Los Angeles County Sheriff's Department, and his next court appearance is September 12, 2023  (ECF No. 78.)

Because the jury trial is imminent, the Court HEREBY DIRECTS Defendants to investigate the matter and file a status report on or before **September 1, 2023**, providing the Court with information as to the specific details of the criminal charges and how long it appears Plaintiff will be in state court pending in state court to determine if Plaintiff can return to California State Prison, Los Angeles County in Lancaster with his property to proceed in both

1

matters as scheduled and to have access to his legal property in order to meet the filing deadlines imposed by the Court. If, after investigation, Defendants believe that the matter may not proceed on the October 3, 2023, trial date, Defendants shall provide the Court with dates close in proximity to the current trial date as to when they are available to reschedule the jury trial.

IT IS SO ORDERED.

Dated: __**August 28, 2023**__

UNITED STATES MAGISTRATE JUDGE