UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>REYNALDO JASSO, et al.,<br><br>    Defendants. | No. 1:21-cv-01401-SAB (PC)<br><br>ORDER SETTING STATUS CONFERENCE FOR **MONDAY, SEPTEMBER 11, 2023, AT 11:00 A.M.** REGARDING SCHEDULED JURY TRIAL ON OCTOBER 3, 2023 |

    Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    This case is currently set for jury trial on October 3, 2023, at 8:30 a.m. before Magistrate Judge Stanley A. Boone.

    On August 23, 2023, Defendants filed a notice informing the Court that Plaintiff is currently "out to court" and in the custody of the Los Angeles County Sheriff's Department, and his next court appearance is September 12, 2023  (ECF No. 78.)

    On August 29, 2023, the Court ordered Defendants to file a status report providing the details of Plaintiff's pending state court criminal charges.  (ECF No. 79.)

    Defendants filed a status report on September 1, 2023.  (ECF No. 81.)  Defendants confirmed that Plaintiff will not return to state custody until his criminal proceedings are complete, and it is not certain when his case will be complete.  (Id.)

Based on the foregoing, it is HEREBY ORDERED that this case is set for a status conference on Monday, September 11, 2023, at 11:00 a.m., before Magistrate Judge Stanley A. Boone to discuss the upcoming October 3, 2023, jury trial date.  It is FURTHER ORDERED that Deputy Attorney General Cassandra Shryock shall deliver the writ of habeas corpus ad testificandum issued by way of separate order for Plaintiff's presence at the September 11, 2023, status conference to the appropriate individual at the Los Angeles County Sherriff's Department.

IT IS SO ORDERED.

Dated:    **September 5, 2023**

UNITED STATES MAGISTRATE JUDGE