UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REYNALDO JASSO, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01401-SAB (PC)<br><br>ORDER VACATING OCTOBER 3, 2023 JURY TRIAL DATE, SETTING FURTHER STATUS CONFERENCE FOR OCTOBER 3, 2023, AT 10:00 A.M.<br><br>(ECF No. 73) |

Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 3, 2023, at 8:30 a.m. before Magistrate Judge Stanley A. Boone.

On September 5, 2023, the Court set a status conference for September 11, 2023, at 11:00 a.m. to discuss the status of upcoming trial in light of Plaintiff's pending state court criminal charges. (ECF No. 82.) On this same date, the Court issued a writ of habeas corpus ad testificandum for the Sheriff of the Los Angeles County Jail to produce Plaintiff for the status conference on September 11, 2023, at 11:00 a.m.

On September 11, 2023, Deputy Attorney General Casandra Shryock and Jeffrey Fisher appeared on behalf of Defendants. Plaintiff did not appear for the hearing.

///

At the hearing, Defendants represented to the Court that the writ of habeas corpus ad testificandum for Plaintiff's appearance at the September 11, 2023, hearing was served on the Los Angeles County Jail on September 5 and September 7, 2023.  The facility was also provided with the necessary Zoom information for the hearing on September 7, 2023.

In the interest of justice, it is HEREBY ORDERED that:

1. The October 3, 2023, jury trial date is VACATED in light of Plaintiff's pending criminal state court charges, to be reset at a later date;
2. The matter is set for a further status conference regarding the jury trial date on **October 3, 2023, at 10:00 a.m.** before Magistrate Judge Stanley A Boone; and
3. Defendants shall file a status report on or before **September 29, 2023**, as to their availability for the jury trial dates proposed by the Court at the September 11, 2023, hearing.

IT IS SO ORDERED.

Dated:   **September 11, 2023**

UNITED STATES MAGISTRATE JUDGE

2