UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>        Plaintiff,<br><br>v.<br><br>REYNALDO JASSO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE (VIA ZOOM OR TELEPHONE) **INMATE ISAIAH J. PETILLO**<br><br>DATE: October 3, 2023<br>TIME:  10:00 a.m. |

**Inmate Isaiah J. Petillo,** a necessary and material witness on his behalf in a status conference hearing on October 3, 2023, at 10:00 a.m., is confined at Los Angeles County Sheriff's Department, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom or telephone) before Magistrate Judge Stanley A. Boone on October 3, 2023 at 10:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom or telephone)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of Los Angeles County (Central):**

**WE COMMAND** you to produce the inmate named above **to appear via video or telephone conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 11, 2023**

                                                  UNITED STATES MAGISTRATE JUDGE

