UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>REYNALDO JASSO, et al.,<br><br>        Defendants. | No. 1:21-cv-01401-SAB (PC)<br><br>ORDER SETTING JURY TRIAL ON JANUARY 23, 2024, AT 8:30 A.M. IN COURTROOM 9 (SAB) AND SETTING NEW PRETRIAL DEADLINES |

        Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

        On October 3, 2023, at 10:00 a.m., the Court conducted a status conference via videoconference regarding the scheduling the jury trial in this matter. Deputy Attorney General Casandra Shryock and Jeffrey Fisher appeared on behalf of Defendants, and Plaintiff did not appear for the hearing. The Court notes a writ of habeas corpus ad testificandum as to Plaintiff's appearance for the October 3, 2023, hearing was issued on September 12, 2023 and served on the Los Angeles County Sheriff.[1] (ECF No. 87.)

        As stated at the hearing, despite the Court's reluctancy, in the interest of the justice this action is set for jury trial on **January 23, 2024, at 8:30 a.m.** in Courtroom 9, before Magistrate

---

[1] At the hearing, the Court also noted that Plaintiff's mother contacted the Court via telephone and indicated that she was attempting (albeit unsuccessfully) to have Plaintiff appear for the hearing via telephone.

1

Judge Stanley A. Boone.[2]  <u>However, the parties are advised that the jury trial date is firm and no extensions of time will be granted, absent extraordinary circumstances.</u>  In light of the new trial date, the Court will amend the outstanding pretrial dates set forth in the Court's August 11, 2023, pretrial order.

Based on the foregoing, it is HEREBY ORDERED that:

1. This case is set for jury trial on **January 23, 2024, at 8:30 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone;

2. The Court's August 11, 2023 pretrial order is **AMENDED** as follows:

   a. The parties shall file and serve their final exhibit list and serve the pre-marked exhibits no later than **January 2, 2024**;

   b. No later than **December 5, 2023**, the parties shall exchange their proposed exhibits;

   c. Defendants are required to submit (3) complete, legible and identical sets of trial exhibits for both parties in binders before on **January 13, 2024**;

   d. Responses to Discovery Requests to be used at trial shall be filed no later than **December 5, 2023**;

   e. Deposition testimony shall be filed and served no later than **December 5, 2023**, and any counter-designation shall be filed and served no later than **December 12, 2023**;

   f. The original and certified transcript of any deposition identified in a designated or counter-designation shall be lodged with the clerk's office no later than **December 12, 2023**;

   g. Any trial brief shall be filed and served no later than **January 13, 2024**;

   h. Any proposed jury instructions shall be filed on or before **January 13, 2024**;

   i. Defendants shall e-mail all proposed jury instructions in Word® format to saborders@caed.uscourts.gov no later than **January 13, 2024**;

---

[2] The necessary writ of habeas corpus ad testificandum for Plaintiff's appearance at the jury trial will issue in due course.

2

  j. Any objections to the proposed jury instructions shall be filed on or before **January 20, 2024**;

  k. Any proposed verdict form shall be filed on or before **January 13, 2024**;

  l. Defendants shall e-mail all proposed verdict form in Word® format to saborders@caed.uscourts.gov no later than **January 13, 2024;**

  m. Any proposed jury voir dire shall be filed on or before **January 13, 2024**;

  n. Any statement of the case shall be filed on or before **January 13, 2024**;

  o. The parties shall advise the Court of settlement immediately, but must do so no later than 4:30 p.m. (Pacific Time) on **January 18, 2024**; and

  p. <u>All other provisions of the Court's August 11, 2023 pretrial order remain in full force and effect</u>.

3. The Court reserves ruling on the pending motion for shackling until further briefing is ordered.

4. Defendants shall file a status report within **three (3) days** after Plaintiff is returned to the custody of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: **October 3, 2023**        _____
                     UNITED STATES MAGISTRATE JUDGE