UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REYNALDO JASSO, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01401-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SHACKLING AND DIRECTING CLERK OF COURT TO RE-SERVE ORDERS ON PLAINTIFF<br><br>(ECF Nos. 75, 80, 91, 93, 94) |

Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on January 23, 2024, at 8:30 a.m. in Courtroom 9 (SAB). (ECF No. 95.)

On October 16, 2023, Defendants filed a status report indicating that Plaintiff was returned to the California Department of Corrections and Rehabilitation (CDCR) on October 13, 2023, and is presently housed at California State Prison, Los Angeles County. (ECF No. 96.)

Now that Plaintiff has returned to CDCR custody, it is HEREBY ORDERED that:

1. Within **thirty (30)** days from the date of service of this order, Plaintiff shall file a response to Defendants' motion for shackling (ECF Nos. 75, 93);

2. The Clerk of Court shall re-serve on Plaintiff a copy of Defendants' motion for shackling (ECF No. 75) and notice of supplement evidence in support thereof

(ECF No. 93); and

3. The Clerk of Court shall also re-serve on Plaintiff a copy of the Court's August 29, 2023 order (ECF No. 80), September 27, 2023 order (ECF No. 91) and October 3, 2023 (ECF No. 94).

IT IS SO ORDERED.

Dated:  **October 17, 2023**

UNITED STATES MAGISTRATE JUDGE