UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO JASSO, et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(ECF No. 99) |

　　　Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　This case is currently set for jury trial on January 23, 2024.

　　　On October 25, 2023, Plaintiff filed a motion for reconsideration of the Court's July 6, 2023 and September 27, 2023, orders denying his motion for the attendance of an incarcerated witness.  (ECF No. 99.)  The Court HEREBY DIRECTS Defendants to file a response to Plaintiff's motion for reconsideration within **fifteen (15)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **October 30, 2023**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1