UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>            Plaintiff,<br><br>       v.<br><br>REYNALDO JASSO, et al.,<br><br>            Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE PLAINTIFF'S ADDRESS OF RECORD, AND DIRECTING RE-SERVICE OF CERTAIN ORDERS<br><br>(ECF Nos. 80, 91, 94) |

Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on January 23, 2024, at 8:30 a.m. in Courtroom 9 (SAB).  (ECF No. 95.)

On October 16, 2023, Defendants filed a status report indicating that Plaintiff was returned to the California Department of Corrections and Rehabilitation (CDCR) on October 13, 2023, and is presently housed at California State Prison, Los Angeles County.  (ECF No. 96.)

On October 17, 2023, the Court ordered that Plaintiff file a response to Defendants' motion for shackling, and ordered that the Clerk of Court re-serve certain orders on Plaintiff at the CDCR facility.  (ECF No. 98.)

On November 1, 2023, Plaintiff filed a response to Defendants' motion for shackling. (ECF No. 101.)

1

On November 9, 2023, the Court's October 17, 2023, as well as the prior orders re-served along therewith, were returned by the United States Postal Service as "undeliverable" with a notation that Plaintiff was "released" from the Los Angeles County Jail. However, it is clear from the record that Plaintiff received Defendants' motion for shackling as he has now filed an opposition. (ECF No. 101.)

A review of the record reveals that the Court's October 17, 2023, was inadvertently served at the Los Angeles County Jail, and not at California State Prison, Los Angeles County. (ECF No. 98.) Accordingly, the Court will re-serve a copy of orders directed by the October 17, 2023, with the exception of the motion for shackling as it clear Plaintiff has received and responded to the motion. (ECF No. 101.)

Accordingly, it is HEREBY ORDERED that:

1. <u>The Clerk of Court shall change Plaintiff's address of record to California State Prison, Los Angeles County, P.O. Box. 4610, Lancaster, CA 93539-4610</u>; and

3. The Clerk of Court shall also re-serve on Plaintiff a copy of the Court's August 29, 2023 order (ECF No. 80), September 27, 2023 order (ECF No. 91) and October 3, 2023 (ECF No. 94).

IT IS SO ORDERED.

Dated:   **November 13, 2023**

_____
UNITED STATES MAGISTRATE JUDGE