UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>REYNALDO JASSO, et al.,<br><br>            Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING EXHIBITS AS UNNECESSARY<br><br>(ECF No. 110) |

Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for the Court to accept his previously exchanged exhibits, filed November 29, 2023.  (ECF No. 110.)  Plaintiff submits that he previously exchanged his 52 exhibits with Defendants in July 2023.  Inasmuch as Plaintiff has exchanged his exhibits with Defendants a court order is not necessary.[1]  To the extent Plaintiff seeks to add inmate witness Keawon Solomon as a witness to the pretrial order, such request is

///

///

///

---

[1] On November 28, 2023, the Court amended the pretrial order to reflect that Plaintiff listed 52, not 49, exhibits for potential use at trial.  (ECF No. 109.)

1

moot as inmate Solomon is listed as a witness to be called on behalf of Plaintiff.[2]  (ECF No. 73 at 9.)

IT IS SO ORDERED.

Dated:   **November 30, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[2] On November 15, 2023, the Court granted Plaintiff's request for the attendance of inmate witness Keaton Solomon. (ECF No. 106.)