UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>REYNALDO JASSO, et al.,<br><br>   Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA AS UNNECESSARY<br><br>(ECF No. 112) |

   Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   Currently before the Court is Plaintiff's request for a "subpoena witness to appear for trial-form," filed December 8, 2023.

   Plaintiff is advised that on November 15, 2023, the Court granted Plaintiff's request for the attendance of inmate, Keawom Solomon, to appear at the jury trial in this action scheduled for January 23, 2024.  As stated in the Court's order, "any necessary writ of habeas corpus ad testificandum for the attendance of inmate Solomon" will be issued in due course."  (ECF No. 106 at 3.)  Thus, Plaintiff's request for issuance of a subpoena for inmate Solomon is unnecessary and is denied.

IT IS SO ORDERED.

Dated:   **December 11, 2023**                    _____
                                                   UNITED STATES MAGISTRATE JUDGE

1