UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>                    Plaintiff,<br><br>          v.<br><br>REYNALDO JASSO, et al.,<br><br>                    Defendants. | No. 1:21-cv-01401-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO PROVIDE INFORMATION REGARDING LOCATION OF INMATE WITNESS KEAWON SOLOMON |

Plaintiff Isaiah J. Petillo is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on January 23, 2024, at 8:30 a.m.

On November 15, 2023, the Court granted Plaintiff's request for the attendance of inmate witness Keawon Solomon. (ECF No. 106.) In order to secure the attendance of inmate Solomon, a writ of habeas ad testificandum is necessary. However, a review of the California Department of Corrections and Rehabilitation (CDCR) inmate locator website reflects that inmate Keawon Solomon is not in CDCR custody and, as of August 2023, he was detained at the Los Angeles County Jail. (ECF No. 105.) In order to assist the Court with the location of inmate Keawon Solomon, the Court will direct Defendants to provide any available information.

///

///

1

Accordingly, it is HEREBY ORDERED that on or before **January 2, 2024**, Defendants shall provide any available information as to inmate Keawon Solomon's present location.

IT IS SO ORDERED.

Dated: __**December 22, 2023**__  
                                                                         UNITED STATES MAGISTRATE JUDGE

2