UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>              Plaintiff,<br><br>v.<br><br>REYNALDO JASSO, et al.,<br><br>              Defendants. | Case No. 1:21-cv-01401-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ISAIAH J. PETILLO, CDCR #T-44601, IN PERSON**<br><br>DATE: January 23, 2024<br>TIME:  8:00 a.m. |

**Inmate Isaiah J. Petillo, CDCR #T-44601,** a necessary and material witness on his behalf in a jury trial on January 23, 2024, at 8:00 a.m., is confined at California State Prison, Los Angeles County in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in person at Courtroom #9, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California  **on January 23, 2024 at 8:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Los Angeles County:**

**WE COMMAND** you to produce the inmate named above **to appear in person** the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **December 22, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

