UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO JASSO, et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER THAT INMATE ISAIAH J. PETILLO, CDCR # T-44601 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE ROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 118) |

　　　　On January 12, 2024, the instant action filed by Plaintiff pursuant to 42 U.S.C. § 1983, was voluntarily dismissed.  Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum as to inmate Isaiah J. Petillo issued on December 22, 2023 (ECF No. 118) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:　**January 16, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1