UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>REYNALDO JASSO, et al.,<br><br>        Defendants. | No.  1:21-cv-01401-SAB (PC)<br><br>ORDER THAT INMATE KEAWON SOLOMON, CDCR # BW-7464 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE ROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 121) |

On January 12, 2024, the instant action filed by Plaintiff pursuant to 42 U.S.C. § 1983, was voluntarily dismissed.  Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum as to inmate Keawon Solomon issued on January 3, 2024 (ECF No. 121) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  **January 16, 2024**

UNITED STATES MAGISTRATE JUDGE

1